THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE:

| | | |
|---|---|---|
| JAMES BLAIR MENDENHALL | ) | CHAPTER 13 |
| | ) | |
| Debtor | ) | CASE NO. 15-51063 |
| | ) | |
| | ) | ALAN M. KOSCHIK |
| | ) | BANKRUPTCY JUDGE |

-------------------------------------------------------------------------------------------------------

MOTION TO DISMISS CHAPTER 13 CASE

Now comes the Debtor, JAMES BLAIR MENDENHALL, by and through counsel, who pursuant to 11 U.S.C. §1307(b) requests that this matter be dismissed, Debtor states that this matter has not been previously converted under section 706, 1112 or 1208.

WHEREFORE, Debtor prays that his case be dismissed.

/s/James E. Brightbill
James E. Brightbill (0037724)
Attorney for Debtor
2108 Braewick Circle, Suite 201
Akron, OH 44313
330.374.0300
330.374.0433 Fax
jebrightbill@brightbill.org

**NOTICE**

Pursuant to LBR 9013-3 Notice is hereby given that any response or objection must be filed within Thirty (30) days, or such other time as specified by applicable Federal Rule of Bankruptcy Procedure or statute or as the Court may order, from the date of service set forth on the certificate of service, if relief sough is opposed, and that the Court is authorized to grant the relief requested without further notice unless a timely objection is filed.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION TO DISMISS CHAPTER 13 CASE was sent by regular U.S. Mail/Electronically to the following on this 8TH day October 2015.

U. S. Trustee
**Electronically**

Keith Rucinski
Chapter 13 Trustee
**Electronically**

James Blair Mendenhall
1486 Wimbledon Cir
Stow, OH 44224
**via regular mail**

**All creditors listed on the Court's mailing matrix and all claimants requesting service (via US mail)**

          Respectfully Submitted,

          /s/James E. Brightbill
          James E. Brightbill (0037724)
          Attorney for Debtor
          2108 Braewick Circle, Suite 201
          Akron, OH 44313
          330.374.0300
          330.374.0433 Fax
          jebrightbill@brightbill.org

# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JAMES BLAIR MENDENHALL | ) | CASE NO: 15-51063 |
| | ) | |
| | ) | ALAN M. KOSCHIK |
| | ) | BANKRUPTCY JUDGE |

Debtor(s) has filed paper with the Court to Dismiss Chapter 13 Case

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant said Motion, or if you want the Court to consider your views on the Debtor(s) Chapter 13 plan then on or before **November 7, 2015** you or your attorney must file with the Court a written request for a hearing and a written response explaining your position at :

**US Bankruptcy Court**
**455 Federal Building**
**2 South Main Street**
**Akron, Ohio 44308**

You must also mail a copy to:

| **Debtor(s) Attorney** | **Chapter 13 Trustee** |
|---|---|
| James E. Brightbill | Keith L. Rucinski, |
| Attorney for Debtor | One Cascade Plaza |
| 2108 Braewick Circle | Suite 2020 |
| Suite 201 | Akron, Ohio 44308 |
| Akron, OH 44313 | |

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

DATED: October 8, 2015

/s/ James E Brightbill
James E. Brightbill (0037724)
Attorney for Debtor